# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SANDRA COOPER, IN HER OWN RIGHT AND AS ADMINISTRATRIX OF THE ESTATE OF GENE M. COOPER | : | No. 517 MAL 2018 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| | : | |
| BRENNTAG NORTHEAST, INC. | : | |
| | : | |
| PETITION OF: SANDRA COOPER, IN HER OWN RIGHT AND AS ADMINISTRATRIX OF THE ESTATE OF GENE M. COOPER AND ATTORNEY GEORGE CHADA | : | |

## ORDER

**PER CURIAM**

  **AND NOW**, this 6th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.